**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01880-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff,

and

SUZANNE L. DIESING and SARAH SHORT,
    Plaintiff-Intervenors,

v.

MINI-MART, INC., d/b/a LOAF 'N JUG,
    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Application for Intervention as of Right (Doc 6 - filed December 6, 2005 and Doc 7 - filed December 7, 2005) are **GRANTED**. The tendered Complaint in Intervention is accepted for filing.

Dated: December 7, 2005
_____