IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01880-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

MINI MART, INC., d/b/a LOAF 'N JUG,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendant's Unopposed Motion for Protective Order (docket no. 14) is GRANTED. The written Stipulated Protective Order dated January 10, 2006, is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: January 10, 2006