IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-01880-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

    Plaintiff,

and

SUZANNE L. DEISING and SARAH SHORT,

    Plaintiff-Intervenors,

v.

MINI-MART, INC. d/b/a LOAF 'N JUG

    Defendants.

---

## ORDER RE: INTERVENORS' INITIAL DISCLOSURE DEADLINE

( Docket No. 19 )

This matter having come before the Court on motion by the Intervenors seeking one additional week's time within which to file their Initial Disclosures, and the Court being duly apprised of the premises, it is hereby Ordered that the Motion is GRANTED. Plaintiff-Intervenors' Initial Disclosures under Rule 26 shall be due on January 24, 2006.

SO ORDERED this 18TH day of January, 2006.

BY THE COURT

*[signature]*
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE