**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01880-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff,

and

SUZANNE L. DIESING and
SARAH SHORT,
    Plaintiff-Intervenors,

v.

MINI-MART, INC., d/b/a LOAF 'N JUG,
    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion to Amend Answer (Doc 33 - filed March 6, 2006) is **GRANTED**.  The First Amended Answer is accepted for filing.

Dated:  March 8, 2006
_____