IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01880-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

MINI MART, INC., d/b/a LOAF 'N JUG,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (DN 40), is GRANTED.  **The Scheduling Order is amended as follows:**

### 7. CASE PLAN AND SCHEDULE

b.	Discovery Cut-off:  August 18, 2006

c.	Dispositive Motion Deadline:  September 29, 2006

d.	Expert Witness Disclosure:

(3)	*The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before May 31, 2006.*

(4)	*The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before July 31, 2006.*

Date:  April 10, 2006